UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWING D. DANIEL, et al.,

    Plaintiff,

v.                                                      Case No: 8:17-cv-2503-T-24JSS

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiffs' Motion to Compel Discovery ("Motion") (Dkt. 42) and Defendant's response in opposition (Dkt. 54). The Court held a hearing on the Motion on June 26, 2018. Upon consideration of the Motion, response, and argument of counsel, and for the reasons stated at the hearing, it is

**ORDERED**:

1. Plaintiffs' Motion to Compel Discovery (Dkt. 42) is **GRANTED** in part and **DENIED** in part. The motion is granted as to Interrogatories 1, 3, 4, and 10 and Requests for Production 1, 2, 3, 11, 15, and 18.

2. The motion is granted in part and denied in part as to Interrogatory 2 and Requests for Production 4, 5, 6, 8, 9, 10, 12, 13, and 14. Interrogatory 2 is denied as to information regarding the employee's reason for their departure. Requests for Production 4, 10, and 12 are limited to documents which relate to both the Public Service Loan Forgiveness ("PSLF") program and the Direct Loan program. Requests for Production 5, 8, 9, 13, and 14 are limited to documents relating to the PSLF program. Request for Production 6 is limited to agreements which relate to the PSLF program, including the

documents which refer to the PSLF and the Federal Family Education Loan Program, and/ or the Federal Perkins Loan Program.

3. The motion is denied as to Interrogatories 5, 6, 7, 8, and 9 and Requests for Production 7, 16, and 17.

4. The parties shall enter into a confidentiality agreement regarding confidential documents and information. The agreement shall include a provision requiring the parties to return documents designated as "highly confidential" at the end of litigation in this matter. The agreement shall not provide restrictions which are prohibited by the Florida Rules of Professional Conduct.

5. Defendant shall supplement its discovery responses and produce all responsive documents in accordance with this Order within sixty (60) days of this Order.

6. Plaintiffs' motion is denied as to the request for attorneys' fees.

**DONE** and **ORDERED** in Tampa, Florida, on June 26, 2018.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record