UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWING D. DANIEL,
WILLIAM COTTRILL,
BROOKE PADGETT,
MICHAEL FANELLA, and
ELAINE LAREINA,

        Plaintiffs,

v.                                      Case No. 8:17-cv-2503-T-24JSS

NAVIENT SOLUTIONS, LLC,

        Defendant.
_____/

## ORDER

Attorney Lisa Simonetti seeks to appear *pro hac vice* for Defendant Navient Solutions, LLC. (Doc. 69). Defendant opposes her Motion. (Doc. 70). Local Rule 2.02(a) allows an attorney who is not a resident of Florida to appear as counsel of record if "such privilege is not abused by appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida." Florida Rule of Judicial Administration 2.510(a) defines the regular practice of law as appearing in more than three separate actions within a year.

Since July 27, 2017—one year before Attorney Simonetti moved to appear *pro hac vice* in this case—she appeared in at least three cases in Florida courts.[1] The instant case would make her fourth appearance in a Florida case within one year. Furthermore, she appeared in five

---

[1] *Kampert v. Raymond James Fin., Inc.*, 8:18-CV-1090-17AAS (M.D. Fla.); *Hill v. Equifax Info. Serv., LLC*, 1:17-CV-24602-CMA (S.D. Fla.); *Fabietti v. Trans Union LLC*, 1:18-CV-20166-FAM (S.D. Fla.); *Henkin v. Gibraltar Private Bank & Trust Co.*, 1:18-CV-20281-JEM (S.D. Fla.).

additional Florida cases since 2016.[2] These actions constitute the regular practice of law in Florida under Local Rule 2.02(a).

**ACCORDINGLY**, Attorney Simonetti's motion to appear pro hac vice (Doc. 61) is **DENIED**.

**ORDERED** in Tampa, Florida on this 30th day of July, 2018.

SUSAN C. BUCKLEW
United States District Judge

---

[2] *McCaskill v. Navient Solutions, Inc.*.Case No. 8:15-cv-1559-VMC-TBM (M.D. Fla.) (closed May 3, 2016); *Dowdel et al. v. Sallie Mae, Inc.*, Case No. 6:15-cv-01147-JA-GJK (M.D. Fla.) (closed Sep. 12, 2016); *Snyder v. Navient Solutions, LLC*, Case No. 2:16-cv-00433-SPC (M.D. Fla.) (closed Mar. 2, 2017); *Handforth v. Stenotype Institute of Jacksonville, Inc.*, No. 1D16-1894 (Fla. 1st DCA) (closed July 6, 2017); *Cedeno v. Navient Solutions, LLC*, Case No. 0:16-cv-61049-AOR (S.D. Fla.) (closed July 25, 2017)