UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWING D. DANIEL, WILLIAM
COTTRILL, BROOKE PADGETT,
ELAINE LAREINA,

    Plaintiffs,

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.

Case No. 8:17-cv-02503-SCB-JSS

## DECLARATION OF LISA STASHIK IN SUPPORT OF DEFENDANT NAVIENT SOLUTIONS, LLC'S RESPONSE TO MOTION FOR CLASS CERTIFICATION

I, Lisa Stashik, declare as follows:

1. I am an employee of defendant Navient Solutions, LLC ("NSL"). My current position is Vice President. In this role, I am responsible for, among other things, oversight of the Office of the Customer Advocate, the Office of the Customer Experience, and Training. I make this declaration in support of NSL's Response to Plaintiffs' Motion for Class Certification. The facts stated herein are true and correct based upon my own personal knowledge of NSL's loan servicing practices and federal student lending, or my review of records kept by NSL in the ordinary course of business, and if called as a witness to testify, I could and would competently testify thereto.

2. The United States Department of Education ("ED") oversees the Public Service Loan Forgiveness ("PSLF") program through its Federal Student Aid division ("FSA"). FSA is

responsible for providing financial aid, managing federal student aid applications, and enforcing the rules and regulations related to federal student loans.

3. At the inception of PSLF, FSA provided instructions to NSL and other federal student loan servicers regarding how to handle the PSLF program.

4. In turn, NSL provided its customer service agents with information about the PSLF program, including the fact that only Direct Loans qualify for PSLF and that non-qualifying borrowers could seek to consolidate their loans with ED in order to qualify.

5. In 2011, FSA implemented a comprehensive program for administering the PSLF program, which included contracting with FedLoan Servicing to be the sole servicer for the program.[1]

6. FSA tasked FedLoan Servicing with exclusive responsibility for collecting and reviewing Employment Certification Forms ("ECFs"), determining whether a borrower qualifies for PSLF (including whether qualifying payments were made on eligible loans), tracking and reporting information related to PSLF, processing Direct Loan consolidation applications, and handling the day-to-day servicing of the PSLF program.

7. FedLoan Servicing remains the exclusive PSLF servicer today.

8. Ultimately, any borrower seeking loan forgiveness through the PSLF program must submit a detailed application form to FedLoan Servicing demonstrating eligibility. This form, which differs from the ECF, cannot be processed until the borrower has completed 120 qualifying payments.

---

[1] Unlike the single-servicer administration of the PSLF program, ED contracts with multiple student loan servicers like NSL to more fully service other federal student loan programs. For instance, NSL collects payments made toward federal student loans; assists borrowers wishing to enroll in, among other things, various repayment plans, deferments, and forbearances; and generally handles borrowers' day-to-day servicing needs.

9. Since implementing the comprehensive program in 2011, FSA has instructed NSL to refer borrowers interested in PSLF to FedLoan Servicing and/or ED for more information. For instance, upon inquiry, NSL sends interested borrowers ECFs and written correspondence drafted by FSA, which advise borrowers on the requirements for PSLF.

10. Per FSA's directives, NSL advises borrowers to contact FSA by telephone or to visit its website for more information on the PSLF program. FSA also has engaged in marketing campaigns designed to communicate with potentially interested borrowers directly about the PSLF program.

11. NSL includes information about PSLF on its own website, and also provides its customer service agents with resources that provide information about PSLF, including, for instance, that only Direct Loans qualify for the PSLF program. The information available to customer service agents is accurate and has been authorized by FSA.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4 day of March, 2019 at Wilkes-Barre, PA.

_____
Lisa Stashik