UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| EDWING D. DANIEL, WILLIAM COTTRILL, BROOKE PADGETT, ELAINE LAREINA, <br><br> Plaintiffs, <br><br> v. <br><br> NAVIENT SOLUTIONS, LLC, <br><br> Defendant. | Case No. 8:17-cv-02503-SCB-JSS |

### DECLARATION OF ANDREW REINHART IN SUPPORT OF DEFENDANT NAVIENT SOLUTIONS, LLC'S RESPONSE TO MOTION FOR CLASS CERTIFICATION

I, Andrew Reinhart, declare as follows:

1. I am an employee of defendant Navient Solutions, LLC ("NSL"). My current position is Senior Account Analyst. In this role, I am responsible for researching and analyzing customer and third-party complaints, including by gathering information and documents. I am familiar with NSL's account records, including correspondence histories and call recordings for borrower accounts. I make this declaration in support of NSL's Response to Plaintiffs' Motion for Class Certification. The facts stated herein are true and correct based upon my own personal knowledge or review of records kept by NSL in the ordinary course of business, and if called as a witness to testify, I could and would competently testify thereto.

2. I have reviewed records relating to the accounts of named plaintiffs Edwing Daniel ("Daniel"), William Cottrill ("Cottrill"), Elaine Lareina Lai ("Lai") and Brooke Padgett ("Padgett"). NSL has serviced student loans related to those accounts.

1

3. Daniel is the borrower on five loans made under the Federal Family Education Loan Program ("FFELP"). Attached hereto as Exhibit 1 are pages from Daniel's Correspondence History that are cited in the Response. NSL has recordings of telephone calls to or from Daniel dating back to April 30, 2013. Attached hereto as Exhibit 2 are transcripts of the recordings that are cited in the Response.

4. In 2005, Cottrill consolidated his federal student loans into two Consolidated FFELP loans. Attached hereto as Exhibit 3 are pages from Cottrill's Correspondence History that are cited in the Response. NSL has two recordings of telephone calls related to Cottrill's account dating back to August 9, 2017. Attached hereto as Exhibit 4 are transcripts of those recordings, which are cited in the Response.

5. Lai has four FFELP loans. Attached hereto as Exhibit 5 are pages from Lai's Correspondence History that are cited in the Response. NSL has eight recordings of telephone calls related to Lai's account dating back to January 21, 2014. Attached hereto as Exhibit 6 are transcripts of the recordings that are cited in the Response.

6. Padgett consolidated into Direct Loans in October 2017. Attached hereto as Exhibit 7 are pages from Padgett's Correspondence History that are cited in the Response. NSL has recordings of telephone calls related to Padgett's account dating back to February 19, 2013. Attached hereto as Exhibit 8 are transcripts of the recordings that are cited in the Response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of March, 2019 at Wilkes-Barre, PA

Andrew Reinhart