**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

EDWING D. DANIEL, WILLIAM COTTRILL, BROOKE PADGETT, ELAINE LAREINA LAI,

    Plaintiffs,

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.

Case No. 8:17-cv-02503-SCB-JSS

**EXHIBITS TO DEFENDANT, NAVIENT SOLUTIONS, LLC'S, MOTION FOR SUMMARY JUDGMENT**

| Description | Exhibit Number |
|---|---|
| Declaration of Lisa Stashik | A |
| Declaration of Andrew Reinhart | B |
| Excerpts of Daniel Correspondence History (NSL_ED_0000646) | 1* |
| Transcripts of Daniel Call Recordings | 2* |
| NSL_ED_0115663_04.30.13 | 2a* |
| NSL_ED_0115665_08.18.13 | 2b* |
| NSL_ED_000121_10.29.13 | 2c* |
| Excerpts of Cottrill Correspondence History (NSL_ED_0006779, NSL_ED_0006792, NSL_ED_0006793 and NSL_ED_0006794) | 3* |
| Transcripts of Cottrill Call Recordings | 4* |
| NSL_ED_0115600_08.09.17 | 4a* |
| NSL_ED_0115660_09.13.17 | 4b* |
| Excerpts of Lai Correspondence History (NSL_ED_0008628) | 5* |

*These exhibits have been filed under seal per the Court's March 7, 2019 Order (Docs. 139 and S-140).

2

    Transcripts of Lai Call Recordings ...............................................................................6*
    NSL_ED_008620_01.21.14...........................................................................................6a*
    NSL_ED_0008623_01.27.14.........................................................................................6b*
    NSL_ED_0008624_08.03.15.........................................................................................6c*
    NSL_ED_0008625_02.13.18.........................................................................................6d*

    Excerpts of Padgett Correspondence History (NSL_ED_0011047).................................7*

    Transcripts of Padgett Call Recordings .......................................................................8*
    NSL_ED_0115662_02.19.13.........................................................................................8a*
    NSL_ED_0115605_04.27.15.........................................................................................8b*
    NSL_ED_0115606_08.12.15.........................................................................................8c*
    NSL_ED_0115612_06.29.17.........................................................................................8d*
    NSL_ED_0115613_06.29.17.........................................................................................8e*
    NSL_ED_0115614_06.29.17......................................................................................... 8f*
    NSL_ED_0115615_06.30.17.........................................................................................8g*

Excerpts of Deposition Transcript of Edwing Daniel..................................................................C*

Excerpts of Deposition Transcript of William Cottrill ...............................................................D*

Excerpts of Deposition Transcript of Elaine Lai ........................................................................ E*

Excerpts of Deposition Transcript of Brooke Padgett ................................................................ F*