# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWING D. DANIEL, *et al.*,

Plaintiffs,

v.

Case No. 8:17-cv-02503-SCB-JSS

NAVIENT SOLUTIONS, LLC,

Defendant.

## DECLARATION OF LISA STASHIK IN SUPPORT OF DEFENDANT NAVIENT SOLUTIONS, LLC'S MOTION FOR SUMMARY JUDGMENT

I, Lisa Stashik, declare as follows:

1. I am an employee of defendant Navient Solutions, LLC ("NSL"). My current position is Vice President. In this role, I am responsible for, among other things, oversight of the Office of the Customer Advocate, the Office of the Customer Experience, and Training. I make this declaration in support of NSL's Motion for Summary Judgment. The facts stated herein are true and correct based upon my own personal knowledge of NSL's loan servicing practices and federal student lending, or my review of records kept by NSL in the ordinary course of business, and if called as a witness to testify, I could and would competently testify thereto.

2. The United States Department of Education ("ED") oversees the Public Service Loan Forgiveness ("PSLF") program through its Federal Student Aid ("FSA")

1

ACTIVE 44524848v2

division. FSA is responsible for providing financial aid, managing federal student aid applications, and enforcing the rules and regulations related to federal student loans.

3. In 2011, ED implemented a comprehensive program for administering PSLF, which included contracting with FedLoan Servicing to be the sole servicer for the program.

4. Under the PSLF program, FedLoan Servicing is tasked with the exclusive responsibility for, among other things, determining whether a borrower qualifies for PSLF (including whether qualifying payments were made on eligible loans), tracking and reporting information related to PSLF, processing Direct Loan consolidation applications, and handling the day-to-day servicing of the PSLF program.

5. FedLoan Servicing remains the exclusive PSLF servicer today.

6. NSL services Direct Loans and certain other loans owned by ED. Direct Loans are the only type of loan eligible for the PSLF program. NSL also services loans originated under the Federal Family Education Loan Program ("FFELP"). FFELP loans are not eligible for the PSLF program.

7. NSL does not have a contractual relationship with the Plaintiffs in this case or any other borrower.

8. NSL collects payments made by borrowers toward their federal student loans.

9. ED pays NSL servicing fees pursuant to a servicing agreement.

10. The owners of FFELP loans pay NSL servicing fees pursuant to various servicing agreements.

11.     Any borrower, including Plaintiffs, seeking loan forgiveness through the PSLF program must submit a detailed application form to FedLoan Servicing demonstrating eligibility after completion of 120 qualifying payments.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12 day of July, 2019 at 11:20 AM.

*Lisa Stashik*

3